# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00594-CV

**Holland Zahne Jones, Appellant**

**v.**

**Michael Jones and Zamora Rodriguez, Appellees**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-24-005736, THE HONORABLE MARTHA JAMISON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Holland Zahne Jones has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Theofanis

Dismissed on Appellant's Motion

Filed: December 4, 2025